1  **Benjamin R. Trachtman, Esq. [SBN 137458]**
   **Ryan M. Craig, Esq. [SBN 220648]**
2  **TRACHTMAN & TRACHTMAN**
   **27401 Los Altos, Suite 300**
3  **Mission Viejo, CA  92691**
   **Telephone:  (949) 282-0100**                             JS-6
4  **Facsimile:  (949) 282-0111**
   btrachtman@trachtmanlaw.com
5  rcraig@trachtmanlaw.com

6  Attorneys for Defendant TARGET STORES, a division of
   TARGET CORPORATION, erroneously sued and served herein as
7  TARGET CORPORATION, a Minnesota corporation

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ROSEMARY VERDUGO, mother, successor and heir of MARY ANN VERDUGO, Decedent; and MICHAEL VERDUGO, brother of Decedent; and a class of individuals similarly situated, | **CASE NO.:** |
   | --- | --- |
   | | **2:10-CV-06930-ODW-AJW** |
   | Plaintiffs, | **JUDGMENT FOLLOWING MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, BY DEFENDANT TARGET STORES, A DIVISION OF TARGET CORPORATION, ERRONEOUSLY SERVED AND SUED HEREIN AS TARGET CORPORATION** |
   | vs. | |
   | TARGET CORPORATION, a Minnesota corporation; JOHN DOES and JANE DOES 1-10; and XYZ CORPORATIONS, 1-100, | |
   | Defendants. | |

      The Court having considered the "Motion to Dismiss against the Plaintiffs' First Amended Complaint," brought by Defendant TARGET STORES, a division of TARGET CORPORATION, and having ruled to **GRANT** said Motion as prayed,

-1-

JUDGMENT FOLLOWING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, BY DEFENDANT TARGET STORES, A DIVISION OF TARGET CORPORATION, ERRONEOUSLY SERVED AND SUED HEREIN AS TARGET CORPORATION

-2-

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
2 Judgment is entered in favor of Defendant TARGET STORES, a division of
3 TARGET CORPORATION, and that Plaintiffs Rosemary Verdugo and Michael
4 Verdugo take nothing from their Complaint or this Action.

6 DATED:  December 9, 2010         _____
7                                   JUDGE OF THE DISTRICT COURT